STATE v. MOREHEAD

No. 192 PC.

Case below: 46 N.C. App. 39.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 May 1980.

STATE v. PARTIN

No. 170 PC.

Case below: 46 N.C. App. 122.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 May 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 May 1980.

STATE v. RIDDLE

No. 80 PC.

Case below: 45 N.C. App. 34.

Petition by defendants Riddle and Smith for discretionary review under G.S. 7A-31 denied 6 May 1980. Motion of Attorney General to dismiss defendant Smith's notice of appeal for lack of substantial constitutional question allowed 6 May 1980.

STATE v. WARD

No. 126 PC.

No. 22 (Fall Term).

Case below: 44 N.C. App. 513.

Petition by Attorney General for writ of certiorari to North Carolina Court of Appeals allowed 6 May 1980.

STATE v. WRIGHT

No. 129 PC.

Case below: 45 N.C. App. 555.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 6 May 1980.